# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:04CR27-2

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **CHARLOTTE ROSALEE JOHNSON.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion to Dismiss Petition for Revocation, which is before the undersigned in accordance with 28 U.S.C. § 636(b) upon specific referral from the district court for disposition. On March 22, 2007, a hearing was held at which counsel for defendant presented arguments in support of such motion. The government concurred in defendant's argument, and agreed that the petition should be dismissed. Having considered defendant's Motion to Dismiss Petition for Revocation and reviewed the pleadings, including the cases cited by counsel for defendant, this court also concurs, and will grant the motion, dismiss the petition, and Order the immediate release of defendant.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss Petition for Revocation is **GRANTED,** the Petition for Revocation is **DISMISSED**, and defendant is released..

Signed: March 23, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge